# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSE VALDEZ,

    Plaintiff,

v.

THE STATE OF NEVADA, *et al.*,

    Defendants.

Case No.  2:15-cv-02031-GMN-VCF

**ORDER**

## I.  DISCUSSION

On May 31, 2016, this Court issued a screening order and stayed the case for 90 days to give the parties an opportunity meet with a court-appointed mediator. (ECF No. 9). On July 8, 2016, Defendants filed a motion to extend the stay for settlement purposes. (ECF No. 12). Defendants seek to extend the stay, and file their status report, until September 9, 2016. (*Id.* at 1-2).

The Court grants the motion for an extension of the stay.  The stay is extended to, and the status report is due by, September 9, 2016.

///
///
///
///
///
///
///

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion to extend the stay (ECF No. 12) is granted. The stay is extended to, and the status report is due by, September 9, 2016.

DATED: This 14 day of July, 2016.

_____
United States Magistrate Judge